IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| DARRELL COULTER | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(o) (possession of a machinegun—1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about June 19, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DARRELL COULTER**

knowingly and intentionally possessed a machine gun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a Polymer80, model PF940C, 9mm semi-automatic firearm, with no serial number, loaded with 11 rounds of 9mm ammunition, one additional 9mm round of ammunition in the chamber, equipped with an aftermarket machine gun conversion device for use in converting a semi-automatic firearm to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Section 922(o) set forth in this Indictment, defendant:

### DARRELL COULTER

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such offenses, including, but not limited to:

1. a Polymer80, model PF940C, 9mm semi-automatic firearm with no serial number;
2. 12 live rounds of 9mm ammunition; and
3. a machinegun conversion device intended for use in converting a semi-automatic firearm to fire automatically.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
**JACQUELINE C. ROMERO**
*United States Attorney*

No._____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

### THE UNITED STATES OF AMERICA

vs.

### DARRELL COULTER

INDICTMENT

Counts
**18 U.S.C. § 922(o) (possession of a machinegun—1 count)**
**Notice of forfeiture**

A true bill.

███████████████████████████